IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LARRY CLARK,

      Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2705

Opinion filed December 4, 2017.

An appeal from the Circuit Court for Leon County.
George S. Reynolds, III, Judge.

Larry Clark, pro se, Appellant.

Barbara Debelius, Assistant General Counsel, Department of Corrections,
Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., CONCUR.